# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SAM WRIGHT and BOULDER CITY TOY BOX,<br><br>Plaintiffs,<br><br>v.<br><br>MECUM AUCTIONS,<br><br>Defendant. | Case No. 2:17-cv-02217-APG-NJK<br><br>**ORDER DEEMING ORDER TO SHOW CAUSE SATISFIED** |

In light of defendant Mecum Auctions Inc.'s response to the order to show cause (ECF No. 15),

IT IS ORDERED that the order to show cause (ECF No. 14) is deemed satisfied. I will not remand at this time. However, the defendant remains responsible for showing diversity jurisdiction actually exists before judgment is entered.

DATED THIS 25th day of September, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE