# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SAM WRIGHT, et al.,

        Plaintiff(s),

vs.

MECUM AUCTIONS, INC., et al.,

        Defendant(s).

Case No. 2:17-cv-02217-APG-NJK

**ORDER**

(Docket Nos. 19, 20, 21)

    Pending before the Court is Plaintiffs' attorney's motion to file manually, Docket No. 20, which is **GRANTED**. Also pending before the Court is a motion by Plaintiffs' attorney to withdraw, Docket No. 21, which is hereby **GRANTED**. The Clerk's Office is **INSTRUCTED** to update the docket for both Plaintiffs using the address provided at Docket No. 21 at 3, and to mail a copy of this order to Plaintiffs at that address. The Court **ORDERS** Plaintiff Boulder City Toy Box to retain an attorney and to have that attorney file a notice of appearance by November 22, 2017. *Cf. United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (corporations may appear in federal court only through licensed counsel). The Court **ORDERS** Plaintiff Wright to, by November 22, 2017, either file a notice of his intent to proceed *pro se* or have his attorney file a notice of appearance. **Failure to comply with this order may result in the dismissal of Plaintiffs' claims.**

//

//

//

Lastly, the Court hereby **DENIES** without prejudice Defendants' unilateral discovery plan. Docket No. 19. The Court **ORDERS** that a joint discovery plan shall be filed by December 6, 2017.

IT IS SO ORDERED.

Dated: October 24, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE