**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| SAM WRIGHT, et al., | ) | Case No. 2:17-cv-02217-APG-NJK |
| Plaintiff(s), | ) | ORDER |
| | ) | |
| v. | ) | (Docket No. 24) |
| MECUM AUCTIONS, | ) | |
| Defendant(s). | ) | |

The presumptively reasonable discovery period is 180 days calculated from the first defendant's appearance. Local Rule 26-1(b)(1). Pending before the Court is the parties' discovery plan seeking a discovery period of 322 days. Docket No. 24. The Court finds insufficient justification has been provided for such an extensive discovery period. Nonetheless, given the recent appearance by Defendant's counsel on November 22, 2017, the Court will allow a 180-day discovery period calculated from that date. Accordingly, the discovery plan is **DENIED** with respect to the deadlines proposed and the Court instead **SETS** deadlines as follows:

- Amend pleadings/add parties: February 20, 2018
- Initial experts: March 22, 2018
- Interim status report: March 22, 2018
- Rebuttal experts: April 20, 2018
- Discovery cutoff: May 21, 2018
- Dispositive motions: June 20, 2018

- Joint proposed pretrial order: July 20, 2018, or 30 days after decision on any dispositive motions

IT IS SO ORDERED.

DATED: December 13, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge