# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SAM WRIGHT, et al.,

    Plaintiff(s),

v.

MECUM AUCTIONS INC.,

    Defendant(s).

Case No.: 2:17-cv-02217-APG-NJK

**Order**

[Docket No. 52]

    The Court ordered Plaintiff Boulder City Toy Box to file a notice of appearance of counsel by July 25, 2019,[1] and ordered Plaintiff Sam Wright to file either a notice of appearance of counsel or a notice of intent to proceed *pro se* by July 25, 2019. Docket No. 51. Pending before the Court is Plaintiffs' motion to extend that deadline in light of difficulties in locating new counsel. Docket No. 52. For good cause shown, that motion is **GRANTED** and the above deadline is **EXTENDED** to August 26, 2019. **The Court is not inclined to grant any further extensions.**

    IT IS SO ORDERED.

    Dated: July 26, 2019

                                                Nancy J. Koppe
                                                United States Magistrate Judge

---

[1] Corporations are not permitted to proceed *pro se*. *See United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).