# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAM WRIGHT and BOULDER CITY TOY BOX,<br><br>　　　　Plaintiffs<br><br>v.<br><br>MECUM AUCTION INC.,<br><br>　　　　Defendant | Case No.: 2:17-cv-02217-APG-NJK<br><br>**Order for Proposed Joint Pretrial Order** |

　　　I previously ordered that the proposed joint pretrial order was due 30 days from the date I ruled on defendant Mecum Auctions, Inc.'s second motion for summary judgment. ECF No. 41 at 6. I ruled on Mecum's motion on March 20, 2020. ECF No. 55. More than 30 days have passed, and the parties have not filed the proposed joint pretrial order.

　　　I THEREFORE ORDER the parties to file a proposed joint pretrial order or stipulation to dismiss by May 22, 2020. The failure to do so may result in sanctions or dismissal of the case without further notice.

　　　DATED this 4th day of May, 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE