# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SAM WRIGHT, et al.,

    Plaintiff(s),

v.

MECUM AUCTIONS,

    Defendant(s).

Case No.: 2:17-cv-02217-APG-NJK

**Order**

[Docket No. 65]

    Pending before the Court is a stipulation to continue the settlement conference, Docket No. 65, which is **GRANTED**. The settlement conference is hereby **RESET** for 9:30 a.m. on August 18, 2020. Settlement statements must be submitted by 3:00 p.m. on August 11, 2020.

    IT IS SO ORDERED.

    Dated: July 1, 2020

                                            Nancy J. Koppe
                                            United States Magistrate Judge