A.J. Kung, Esq.
Nevada Bar No. 7052
**KUNG & BROWN**
214 South Maryland Parkway
Las Vegas, Nevada 89101
(702) 382-0883 Telephone
(702) 382-2720 Facsimile
E-Mail: ajkung@ajkunglaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SAM WRIGHT, an individual, BOULDER CITY TOY BOX, a Nevada limited liability company,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>MECUM AUCTIONS, a Delaware corporation; DOES I-V inclusive, ROE BUSINESS ENTITIES VI-X, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:17-cv-02217-APG-NJK<br><br>**STIPULATION AND ORDER FOR DIMISSAL WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED by and between Plaintiffs, Sam Wright and Boulder City Toy Box (hereinafter "Plaintiffs"), by and through their attorney of record, A.J. Kung, Esq. of the law firm of Kung & Brown, and Defendant, Mecum Auctions (hereinafter "Defendant"), by and through its attorney of record, Michael P. Sever, Esq., of Foran Glennon, that this matter, and all related claims, is hereby dismissed with prejudice as to all parties. Each party shall bear their own attorney's fees and costs.

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

DATED this ___ day of September, 2020.          DATED this ___ day of September, 2020.

**KUNG & BROWN**                                **FORAN GLENNON**

_____                 _____
A.J. Kung, Esq.                                 Michael P. Sever, Esq.
214 South Maryland Parkway                      222 N. LaSalle Street, Suite 1400
Las Vegas, Nevada 89101                         Chicago, IL 60601
*Attorney for Plaintiffs*                       *Attorney for Defendant*

## ORDER

**IT IS SO ORDERED.**

DATED this day 15th of September, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE